JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIDON TRUST, ALPHA SPACECOM, INC., <br><br>Plaintiffs, <br><br>v. <br><br>XUEDONG HU, ALPHA SKY INVESTMENT LIMITED, ALPHA SPACECOM COMPANY LIMITED, SECURITIES AND EXCHANGE COMMISSION, and DOES 1 through 10, <br><br>Defendants, | NO. CV 05-3295 GPS (RCx) <br><br> **JUDGMENT** |

In light of this Court's grant of judgment on the pleadings for Defendant Xuedong Hu, **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs shall take nothing and judgment is hereby entered for Defendant on all claims for relief. Defendant is entitled to recover his costs.

Dated this 15th day of February 2008.

*GEORGE P. SCHIAVELLI*
———————————————
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE